Christopher P. Walker, Esq. (174533)
Law Office of Christopher P. Walker, P.C.
505 S. Villa Real Drive, Suite 204
Anaheim Hills, CA 92807
Tel: 714-639-1990
Fax: 714-637-1636

Attorney for Debtor

FILED & ENTERED

MAY 24 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY ngo      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>HARRY BERKOWITZ<br><br><br><br><br><br><br>Debtor | Case No. 8:10-bk-12111-TA<br><br>Chapter 7 Proceeding<br><br>**ORDER GRANTING MOTION FOR ORDER COMPELLING THE ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' REAL PROPERTY**<br><br>[No Hearing Required] |

Based upon the Motion for Order Compelling the Abandonment of the Estate's Interest in Debtors' Real Property (the "Motion"), filed by HARRY BERKOWITZ ("Debtor") on March 31, 2010 and good cause appearing therefore,

/ / /

/ / /

/ / /

/ / /

/ / /

1  **IT IS HEREBY ORDERED that:**

2      The Motion is hereby granted compelling the abandonment of the estate's

3  interest in the Real Property commonly known as 1611 Kings Road, Newport Beach, CA

4  92663 such that it is no longer property of the bankruptcy estate.

5      IT IS HEREBY ORDERED:

6

7      ###

8

[lines 9–28 blank]

DATED: May 24, 2010

_Theodor C. Albert_
United States Bankruptcy Judge

|  |  |
|---|---|
| In re: HARRY BERKOWITZ | CHAPTER 7 |
| ebtor(s). | CASE NUMBER 8:10-bk-12111-TA |

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:505 S. Villa Real Drive, Suite 204, Anaheim Hills, CA 92807.

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION FOR ORDER COMPELLING THE ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' REAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On May 24, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐   Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   May 24, 2010, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
Harry Berkowitz
480 Old Newport Blvd, #A
Newport Beach, CA 92663

☐   Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 24, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.
 The Honorable Theador Albert (hand delivered)
- Jeffrey I Golden      ljones@wgllp.com, jgolden@ecf.epiqsystems.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 24, 2010 | Christopher P. Walker | -S- |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

| In re: HARRY BERKOWITZ | CHAPTER 7 |
|---|---|
| ebtor(s). | CASE NUMBER 8:10-bk-12111-TA |

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the Court that a judgment or order entitled **ORDER GRANTING MOTION FOR ORDER COMPELLING THE ABANDONMENT OF THE ESTATE'S INTEREST IN DEBTORS' REAL PROPERTY** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order.  As of April 25, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

- Jeffrey I Golden    ljones@wgllp.com, jgolden@ecf.epiqsystems.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Christopher P Walker    lahineswalker@aol.com

☐ Service information continued on next page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Harry Berkowitz
480 Old Newport Blvd, #A
Newport Beach, CA 92663

☐ Service information continued on next page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page