CHRISTOPHER P. WALKER – State Bar No. 174533
LAW OFFICE OF CHRISTOPHER P. WALKER
505 South Villa Real Drive, Suite 204
Anaheim Hills, CA 92807

Telephone:   (714) 639-1990
Facsimile:    (714) 637-1636

Attorney for Debtors

FILED & ENTERED

JUL 16 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid        DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| In re: | CASE NO. 8:10-bk-12111 TA |
|---|---|
| HARRY BERKOWITZ | Chapter 7 |
| Debtors. | **ORDER GRANTING MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATES INTERST IN PROPERTY HELD BY ORANGE COUNTY SHERIFF**  [no hearing set] |

Based upon the Motion for Order Compelling the Abandonment of the Estate's interest in Property Held by Orange County Sheriff (the "Motion") filed by HARRY BERKOWITZ ("Debtor") on May 18, 2010 and good cause appearing therefore,

IT IS HEREBY ORDERED that:

The Motion is hereby granted compelling the abandonment of the estate's interest in personal property held by the Orange County Sheriff in the approximate amount of $3,102.83 such that said property is no longer part of the estate.

IT IS HEREBY ORDERED:

\###

*Theodor C. Albert*
United States Bankruptcy Judge

DATED: July 16, 2010

---
-1-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 505 S. Villa Real Drive, suite 204, Anaheim, CA 92807

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATES INTERST IN PROPERTY HELD BY ORANGE COUNTY SHERIFF**

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On June 29, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- 

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On June 29, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Ronald Appel                             Harry Berkowitz
2522 Chambers Rd                   480 Old Newport Blvd, #A
Tustin, CA 92780                       Newport Beach, CA 92663

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 29, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Joseph C Delmotte    ecfcacb@piteduncan.com
- Jeffrey I Golden    ljones@wgllp.com, jgolden@ecf.epiqsystems.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
  Christopher P Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com
  Judge Theador Albert (personal delivery)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/29/10 | Christopher P. Walker | -S- |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-2-

**ORDER GRANTING MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATES INTERST IN PROPERTY HELD BY ORANGE COUNTY SHERIFF**

**NOTICE OF ENTERED ORDER AND SERVICE LIST**

Notice is given by the Court that a judgment or order entitled **ORDER GRANTING MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATES INTERST IN PROPERTY HELD BY ORANGE COUNTY SHERIFF**. was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of June 29, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

Joseph C Delmotte    ecfcacb@piteduncan.com
Jeffrey I Golden    ljones@wgllp.com, jgolden@ecf.epiqsystems.com
Gary Leibowitz    attorneygary@gmail.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Christopher P Walker    cwalker@cpwalkerlaw.com, lhines@cpwalkerlaw.com
Joseph C Delmotte    ecfcacb@piteduncan.com

**II.    SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

Harry Berkowitz
480 Old Newport Blvd, #A
Newport Beach, CA 92663

☐ Service information continued on next page

**III. TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

Ronald Appel
2522 Chambers Rd
Tustin, CA 92780

-3-

**ORDER GRANTING MOTION FOR ORDER COMPELLING ABANDONMENT OF THE ESTATES INTERST IN PROPERTY HELD BY ORANGE COUNTY SHERIFF**